■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AHMED KASSIM, Appellant.— Judgment of conviction and order unanimously affirmed. (Appeal from judgment and order of Erie County Court convicting defendant of the crime of manslaughter, first degree. The order denies a motion for a new trial on the ground of newly discovered evidence.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL BOYE, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of robbery, first degree, on two counts.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JOHN FRICK, Appellant, v. EDNA G. NUTHALL, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. Memorandum: There was no proof of the cause of action alleged in the complaint, which was based upon the theory that the plaintiff had signed the deeds in question upon the fraudulent representation that they were releases. (Appeal from a judgment of Erie Supreme Court dismissing the complaint in an action to set aside deeds to realty.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.